

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| TERRANCE BLOODSAW | DOCKET NO. 15-CV-1710; SEC. P |
| VERSUS | JUDGE TRIMBLE |
| LASALLE CORRECTIONS, ET AL. | MAGISTRATE JUDGE KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's request for preliminary injunction [Doc. #1] is hereby **DENIED**.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 2 day of July, 2015.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE